AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ALONZO MARTINEZ,

                Petitioner,

                  v.

STATE OF WASHINGTON,

                Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-3094-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Petitioner's motion is GRANTED and the Petition is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

May 24, 2013
*Date*

SEAN F. McAVOY
*Clerk*

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen